UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WENDY CARRINGTON, et al.,

          NO. CIV. S-06-718 LKK/GGH

    Plaintiffs,

 v.                        O R D E R

MERCK & COMPANY, INC.; and
McKESSON CORPORATION,

    Defendants.
                            /

    A hearing on this case was scheduled for May 15, 2006, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to defendants' motion to stay. Local Rule 78-230(c) for the Eastern District of California specifies that an opposition or statement of non-opposition to the granting of the motion shall be in writing and shall be served and filed not less than fourteen (14) days prior to the hearing. Plaintiff has failed to file an opposition or statement of non-opposition.

////

1

1   Accordingly, the court ORDERS as follows:

2   1. Counsel for plaintiff, is hereby ORDERED TO SHOW CAUSE in writing not later than ten (10) days from the effective date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150) as required by Local Rule 11-110 for failure to file a timely opposition in accordance with Local Rule 78-230, unless that party timely files a written Statement of No Opposition. Hearing shall be held on the Order to Show Cause at the time of hearing on this motion.

3   2. The hearing on the motion to stay presently before the court is CONTINUED to May 30, 2006, where it will be called on the court's regularly scheduled Law and Motion Calendar, beginning at 10:00 a.m.

4   3. Plaintiff's counsel is directed to file and serve the opposition no later than May 15, 2006.

IT IS SO ORDERED.

DATED: May 3, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT